1  **PILLSBURY & LEVINSON, LLP**
   Arnold R. Levinson – CA State Bar No. 066583
2  alevinson@pillsburylevinson.com
   Rebecca Grey – CA State Bar No. 194940
3  rgrey@pillsburylevinson.com
   Brian H. Kim – CA State Bar No. 215492
4  bkim@pillsburylevinson.com
5  The Transamerica Pyramid
   600 Montgomery Street, 31st Floor
6  San Francisco, CA  94111
   Telephone:  (415) 655-1549
7  Facsimile:   (415) 433-4816
   *Attorneys for Plaintiff*
8  *MICHELE P. SCONIERS*

9

10 **RIMAC MARTIN, P.C.**
   *A Professional Corporation*
11 ANNA M. MARTIN – CA State Bar No. 154279
   amartin@rimacmartin.com
12 WILLIAM REILLY – CA State Bar No. 177550
13 w_reilly@rimacmartin.com
   1051 Divisadero Street
14 San Francisco, CA  94115
   Telephone:  (415) 561-8440
15 Facsimile:   (415) 561-8430
   *Attorneys for Defendant*
16 *FIRST UNUM LIFE INSURANCE COMPANY*

17

18 **ORRICK, HERRINGTON & SUTCLIFFE LLP**
   Trish Higgins – CA State Bar No. 119215
19 thiggins@orrick.com
   400 Capitol Mall, Suite 3000
20 Sacramento, CA  95814-4497
21 Telephone:  (916) 329-7943
   Facsimile:   (916) 329-4900
22 *Attorneys for Defendant*
   *MORGAN STANLEY LONG TERM DISABILITY PLAN*
23

24

25

26                                        1

27 STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT
   CONFERENCE
28 Case No. CV 11-1798 WHA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELE P. SCONIERS, | ) Case No. C 11-01798 WHA |
| Plaintiff, | ) |
| vs. | ) **STIPULATION REQUESTING** |
| | ) **CONTINUANCE OF CASE** |
| FIRST UNUM LIFE INSURANCE COMPANY, MORGAN STANLEY LONG TERM DISABILITY PLAN, | ) **MANAGEMENT CONFERENCE** |
| | )  AND ORDER |
| Defendants. | ) |

For the reasons set forth below, the parties respectfully request that the Court permit a 30-day continuance of the following recently scheduled deadlines:

July 21, 2011:  Last day to file Rule 26(f) Report, complete initial disclosures and state objections in Rule 26(f) Report and file Case Management Statement; and

July 28, 2011:  Case Management Conference at 3:00 p.m.

1.   This is an action for disability benefits and related relief under the Employee Retirement Income Security Act, 29 U.S.C. § 1001 *et seq*. ("ERISA).

2.   The Complaint was filed with this Court on April 15, 2011.  In order to facilitate early settlement discussions between the parties, Plaintiff refrained from serving Defendants First UNUM Life Insurance Company ("UNUM") and Morgan Stanley Long Term Disability Plan ("Plan") before June 15, 2011 as early settlement discussions were pursued.  Plaintiff served a copy of the Summons and Complaint on UNUM's in-house counsel on June 15, 2011, and served a copy of the Summons and Complaint on the Plan via certified mail on June 20, 2011.

1       3.      On July 6, 2011, counsel for Plaintiff and the Plan stipulated that the Plan be
2  given until July 29, 2011 to file a responsive pleading to the Complaint.  Doc. #6.  On July 11,
3  2011, counsel for Plaintiff and UNUM stipulated that UNUM be given until August 14, 2011 to
4  file a responsive pleading to the Complaint.  Doc. #11.
5       4.      The Clerk's Notice Scheduling the Initial Case Management Conference on
6  Reassignment was filed on Friday July 15, 2011.  Doc. #12.
7       5.      The parties urge that there is good cause for this request for the following reasons:
8           a.      Defendants have not filed responsive pleadings to plaintiff's complaint
9  and have stipulated with Plaintiff to file responsive pleadings after the currently scheduled July
10 28, 2011 Case Management Conference date.  UNUM's responsive pleading is currently due on
11 August 14, 2011.  The Plan's responsive pleading is currently due on July 29, 2011.  If the
12 current deadlines set forth in the July 15, 2011 Notice remain in place, Defendants UNUM and
13 the Plan would be required to serve Initial Disclosures, file a Case Management Statement and
14 appear at the Case Management Conference before serving responsive pleadings to the
15 Complaint.
16          b.      The primary attorney responsible for this matter on behalf of UNUM, Ms.
17 Anna Martin, will be on pre-scheduled vacations from July 20, 2011 through July 26, 2011
18 camping in Idaho and July 31, 2011 through August 10, 2011 performing charity work in
19 Guatemala.  Ms. Martin will have extremely limited access to voicemail and e-mail during this
20 time.  Ms. Martin will be attending mediation in Las Vegas, Nevada, on July 19, 2011, and has
21 previously scheduled personal appointments for herself and family on July 28, 2011.
22          c.      Under the circumstances, the deadlines set by the Court in the July 15,
23 2011 notice will make it difficult for the parties to meet their requirements in a reasonable and
24 systematic way.  Continuing the Case Management Conference and the related deadlines in the
25 July 15, 2011 Notice for 30 days would allow the parties to meet and confer after the responsive

1  pleadings are filed and complete the Initial Disclosures and Case Management Statement in an
2  orderly fashion without delaying the litigation.
3       For the foregoing reasons, IT IS HEREBY STIPULATED by and between the parties
4  hereto through their respective attorneys of record that the deadlines in the July 15, 2011 Notice
5  be continued 30 days and that the currently scheduled July 28, 2011 Case Management
6  Conference be continued for 30 days.

**PILLSBURY & LEVINSON, LLP**

DATED:  July 18, 2011     By:     /S/ Arnold R. Levinson
                                  ARNOLD R. LEVINSON
                                  Attorneys for Plaintiff
                                  MICHELE P. SCONIERS


**RIMAC MARTIN, P.C.**

DATED:  July 18, 2011     By:     /S/ Anna M. Martin
                                  ANNA M. MARTIN
                                  Attorneys for Defendant
                                  FIRST UNUM LIFE INSURANCE COMPANY


**ORRICK, HERRINGTON & SUTCLIFFE LLP**

DATED:  July 18, 2011     By:     /S/ Trish Higgins
                                  TRISH HIGGINS
                                  Attorneys for Defendant
                                  MORGAN STANLEY LONG TERM
                                  DISABILITY PLAN

4

STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT
CONFERENCE
Case No. CV 11-1798 WHA

The undersigned ECF filer hereby attests that concurrence in the filing of the foregoing document has been obtained from counsel for defendants and that a record supporting this concurrence is available for inspection or production if so ordered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**RIMAC MARTIN, P.C.**

DATED: July 18, 2011          By:     /S/ Anna M. Martin
                                      ANNA M. MARTIN
                                      Attorneys for Defendant
                                      FIRST UNUM LIFE INSURANCE COMPANY

**[PROPOSED] ORDER**

Upon consideration of the foregoing request, and with good cause appearing therefore:

It is HEREBY ORDERED that the last day to file the Rule 26(f) Report, complete initial disclosures and state objections in the Rule 26(f) Report and file the Case Management Statement is  August 11, 2011. .

The Case Management Conference is re-scheduled to  August 18, 2011, at 3:00 PM .

PURUSANT TO STIPULATION, IT IS SO ORDERED.
THERE WILL BE NO MORE CONTINUANCES.

DATED: July 20, 2011.          By: _____
                                      HONORABLE WILLIAM H. ALSUP
                                      UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED* — Judge William Alsup

STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. CV 11-1798 WHA