IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL P. SCONIERS,

    Plaintiff,

  v.

FIRST UNUM LIFE INSURANCE COMPANY and MORGAN STANLEY LONG TERM DISABILITY PLAN,

    Defendants.

No. C 11-01798 WHA

**ORDER STRIKING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff filed this action in April 2011. An answer to the complaint was filed on August 12, 2011. Plaintiff now moves for leave to file a first amended complaint (Dkt. No. 32). Pursuant to FRCP 15(a)(1)(B), plaintiff may file a first amended complaint as a matter of course, *without first obtaining leave,* by September 2, 2011. Plaintiff's motion is unnecessary. The clerk therefore shall **STRIKE** the motion and related filings (Dkt. Nos. 30–32). Plaintiff should file his first amended complaint by **SEPTEMBER 2, 2011**.

**IT IS SO ORDERED.**

Dated: September 1, 2011.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE