TRISH M. HIGGINS (State Bar No. 119215)
thiggins@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:     916-447-9200
Facsimile:      916-329-4900

KATINA B. MINER (State Bar No. 244914)
kminer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105
Telephone:     415-773-5700
Facsimile:      415-773-5759

Attorneys for Defendants
Morgan Stanley Disability Plan and Morgan Stanley
& Co. LLC (f/k/a Morgan Stanley & Co. Incorporated)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE P. SCONIERS,<br><br>              Plaintiff,<br><br>       v.<br><br>FIRST UNUM LIFE INSURANCE COMPANY, MORGAN STANLEY LONG TERM DISABILITY PLAN,<br><br>              Defendants. | CASE NO. 3:11-CV-01798 WHA<br><br>[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT NO. 45 |

[PROPOSED] ORDER GRANTING MOTION TO
REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. 3:11-CV-01798 WHA

OHS WEST:261377529.1

1   Upon consideration of Defendant's Motion to Remove Incorrectly Filed Document, and
2   for good cause shown, the Clerk shall remove permanently from the ECF docket of the above-
3   captioned case the following: Declaration of Trish Higgins in Support of Defendant's Motion for
4   Summary Judgment, document item #45.

**SO ORDERED.**

Dated:  October 13        , 2011.                    _____
                                                    The Honorable William Alsup
                                                    United States District Court Judge

- 2 -

[PROPOSED] ORDER GRANTING MOTION TO
REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. 3:11-CV-01798 WHA

OHS WEST:261377529.1